**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1729**

TERESA FORD,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee,

    and

MIRIAM FLEMING; TERRY RAMSEY; UNITED STATES ARMY CORPS OF
ENGINEERS; AVIS BUDGET GROUP, INC.; AVIS RENT A CAR SYSTEM,
LLC; AVIS BUDGET CAR RENTAL, LLC,

        Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Richard L.
Voorhees, District Judge.  (5:12-cv-00152-RLV-DSC)

Submitted:  December 29, 2015      Decided:  January 28, 2016

Before NIEMEYER, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Pishko, LAW OFFICE OF DAVID PISHKO, P.A., Winston-Salem,
North Carolina, for Appellant.  Jill Westmoreland Rose, Acting

United States Attorney, Gill P. Beck, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Ford appeals the district court's order entering judgment after a bench trial in favor of Appellee on Ford's claim under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2761-2680 (2012). We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ford v. United States</u>, No. 5:12-cv-00152-RLV-DSC (W.D.N.C. May 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>